IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Elvis Basic, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING MOTION TO STAY DUE TO LAPSE IN APPROPRIATIONS** |
| | ) | |
| v. | ) | |
| | ) | |
| Bureau of Prisons, and Centre Inc., | ) ) | |
| | ) | Case No.: 1:25-cv-00231 |
| Respondents. | ) | |

On October 6, 2025, counsel for Respondent Federal Bureau of Prisons ("BOP") filed a *Motion to Stay due to Lapse in Appropriations*. (Doc. No. 5). Therein, counsel advised that on midnight on September 30, 2025, the appropriations act funding the Department of Justice expired and appropriations lapsed. As a result, many attorneys within the Department of Justice are prohibited from working, except in limited circumstances. Accordingly, counsel now requests a stay of all deadlines until Congress has restored appropriations and has advised that counsel will notify the court as soon as funds have been appropriated.

Based on the lapse of appropriations and the prohibition of attorneys from working, except in limited circumstances, the court is inclined to **GRANT** the motion. (Doc. No. 5). All deadlines shall be stayed pending a motion or court order.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2025.

                                                         */s/ Clare R. Hochhalter*
                                                         Clare R. Hochhalter, Magistrate Judge
                                                         United States District Court